IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACKIE D. OWENS,

    Plaintiff,

v.

JOSE MORALES; DEPUTY WARDEN OF
CARE AND TREATMENT; MILTON,
Medical Healthcare
Administrator; HENDERSON,
Medical Director; and C.S.P.
MAILROOM SUPERVISOR

    Defendants.

CASE NO. CV414-273

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 22), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of September 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA